1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

MICHALLA C. ALFARO BRITTANY,

No.  2:16-cv-0866 MCE CKD PS

12

Plaintiff,

13

v.

ORDER

14

UNITED STATES POSTAL SERVICE,

15

Defendant.

16
17

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed

18

an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a),

19

1915(a).  Plaintiff states she receives disability income, monthly annuities and a monthly

20

inheritance but does not set forth the amounts.[1]  Plaintiff will be provided the opportunity to

21

submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the

22

appropriate filing fee.  If plaintiff submits another affidavit, she must set forth precisely the

23

amounts she receives from disability payments, monthly annuities and monthly inheritance.

24
25

[1]  The court notes that in a prior action, a plaintiff named Mika Christina Alfaro stated she also received annuities and had $598,000 in a bank account.  Alfaro v. Marin, 2:09-cv-3595 FCD KJM

26

PS (E.D. Cal.), ECF No. 6.  The court takes judicial notice of the prior proceedings.  It appears that the plaintiff in the present action is the same plaintiff as in Alfaro v. Marin.  See 2:09-cv-

27

3595 FCD KJM PS (E.D. Cal.), ECF No. 6; 2:16-cv-0866 MCE CKD PS, ECF No. 2 (plaintiff in both actions states that her dependents include Anthony Alfaro, son, and Annalise M. Burney,

28

daughter).

1

1   Plaintiff must also explain the discrepancy between the amounts she listed in her bank account in

2   the prior action and in the present action.

3         In accordance with the above, IT IS HEREBY ORDERED that:

4         1.  Plaintiff shall submit, within fourteen days from the date of this order, either a

5   completed application and affidavit in support of his request to proceed in forma pauperis on the

6   form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply

7   with this order will result in a recommendation that this action be dismissed; and

8         2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

9   Forma Pauperis.

10  Dated:  April 28, 2016

11                                    _____
                                      CAROLYN K. DELANEY
12                                    UNITED STATES MAGISTRATE JUDGE

13

14  4 alfaro-brittany0866.inc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2