UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY, | No. 2:16-cv-0866 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit[1] in which she states that her monthly take home income from rent payments, pensions, disability payments, gifts and inheritances and other sources is $1500. Plaintiff also states that she has assets of $45,400 in the bank.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The

---

[1] The amended in forma pauperis affidavit was docketed after findings and recommendations were filed (ECF No. 4) which recommended dismissal for plaintiff's failure to comply with the court's order to file a completed affidavit. Because plaintiff has now complied with the court order, those findings and recommendations will be vacated.

1

1 amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs.  Thus,
2 plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High
3 Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th
4 Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed May 17, 2016 (ECF No. 4) are vacated; and

      2. Plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated:  May 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 alfarobrittany0866.ifp.den