1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHALLA ALFARO BRITTANY,                   No.  2:16-cv-0866 MCE CKD PS

12              Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   UNITED STATES POSTAL SERVICE,

15              Defendant.

16

17        By order filed May 19, 2016, plaintiff was granted fourteen days in which to submit the

18   appropriate fees to the Clerk of Court.  Plaintiff was cautioned that failure to pay the filing and

19   general administrative fees in the amount of $400 would result in a recommendation that the

20   action be dismissed.  Plaintiff has not paid the requisite fees and has not otherwise responded to

21   the court's order.

22        Accordingly, IT IS HEREBY RECOMMENDED that:

23        1.  Plaintiff's motion to proceed in forma pauperis (ECF Nos. 2, 5) be denied; and

24        2.  This action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                               1

"Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 alfarobrittany0866.ftc